ACCEPTED
14-15-00834-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/3/2015 3:29:39 PM
CHRISTOPHER PRINE
CLERK

# LAW OFFICE OF TONYA ROLLAND

4301 Yoakum Blvd.
Houston, Texas 77006
www.rollandlaw.com

Tel: (713) 529-8500                                   Fax: (713) 529-2203

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/3/2015 3:29:39 PM
CHRISTOPHER A. PRINE
Clerk

November 3, 2015

Carrie Logan
Official Court Reporter
185th District Court
1201 Franklin
Houston, Texas 77992
**DELIVERED VIA EMAIL**

Re: Reporter's Record
    Raymond Johnson ( TC #1450961 and COA #14-15-00834-CR)

Dear Ms. Logan,

I am appointed to represent Mr. Johnson on appeal. The Court of Appeals notified me that you informed them payment arrangements have not been made for the record. Although attorney Bruce Cobb has told you he is retained for the appeal, he has failed to file a motion with the court to substitute in as counsel. He has been asked multiple times to file the motion. Unless he files the motion, I remain the appointed attorney of record responsible for the appeal and entitled to the record without paying the fee.

Please prepare, certify, and file a reporter's record in the appellate court, pursuant to TRAP 35.3(b)(3). Thankyou!

Sincerely,

LAW OFFICE OF TONYA ROLLAND

/s/ Tonya Rolland

cc: 14th Court of Appeals